UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02CR37 (PCD) |
| VS. | : | |
| BRUCE MURPHY | : | APRIL 18, 2006 |

## MOTION TO TERMINATE BALANCE OF PERIOD OF PROBATION

For the reasons which follow, the defendant, Bruce Murphy, now age 57 years, dob 11/29/48, hereby moves this Court to terminate the balance of the defendant's period of probation and end his sentence forthwith for the reasons which follow:

1. On January 7, 2003, the defendant, having plead guilty to a violation of Title 21 U.S.C., Section 846 (marijuana) and Title 26 U.S.C., Section 7206 was sentenced to four (4) years of probation (including a period of home confinement/half-way house.).

2. He also had a period of community service.

3. Mr. Murphy has successfully completed any and all conditions of his probation, including community service.

4.     His entire sentence is being served in Florida, where he resides near his daughter.

5.     U.S. Probation in Connecticut (S.U.S.P.O. Kim Cerullo) has confirmed with U.S. Probation, Florida, that Mr. Murphy is in compliance with his sentence.

6.     The government (A.U.S.A. Peter Jongbloed) having confirmed the above full compliance with the terms of Mr. Murphy's sentence does not object to this modest modification of the original period of probation, which is over 80% completed without incident.

WHEREFORE, for all of the above reasons, it is so moved that Mr. Murphy's sentence be modified and that his period of probation be terminated and that Mr. Murphy be discharged from the jurisdiction of this Court.

DEFENDANT, BRUCE MURPHY

By_____
Richard R. Brown
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
Tel. (860) 522-3343
Fax (860) 522-2490
Fed. Bar No. Ct. 00009

## **CERTIFICATION**

This is to certify that a copy of this motion was sent postage prepaid this 18th day of April, 2006 to the following:

A.U.S.A. Peter Jongbloed
Office of U.S. Attorney
157 Church Street, 23rd floor
New Haven, CT 06510

S.U.S.P.O. Kim Cerullo
U.S. Probation Office
U.S. Court House
450 Main Street
Hartford, CT 06103

_____
Richard R. Brown